FILED BY _____ D.C.

05 DEC -5 PM 12: 32

THOMAS M. GOULD
CLERK US DISTRICT COURT
W/D OF TN MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| DAVID S. SANFORD, | X | |
| Plaintiff, | X | |
| vs. | X | No. 05-2826-B/V |
| BARNES & NOBLE BOOKSELLERS, | X | |
| Defendant. | X | |

ORDER TO ISSUE AND EFFECT SERVICE OF PROCESS

Plaintiff David S. Sanford filed a *pro se* complaint pursuant to the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, on November 4, 2005 and paid the civil filing fee. The Clerk shall record the defendant as Barnes & Noble Booksellers.

Within thirty (30) days of the date of entry of this order, the plaintiff shall personally appear at the Clerk's office and, upon presentation of a copy of this order, the Clerk shall provide plaintiff one (1) blank, unsigned summons. Pursuant to Fed. R. Civ. P. 4(b), the plaintiff is responsible for properly filling out the summons and presenting it to the Clerk for signature and seal. If the summons is in proper form, the Clerk shall sign, seal, and issue it to the plaintiff for service on the defendant. The plaintiff is responsible for ensuring that service is effected on

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-6-05



the defendant pursuant to Fed. R. Civ. P. 4(h)(1).[1] Service on the defendant shall include a copy of this order. The plaintiff shall file proof of service pursuant to Fed. R. Civ. P. 4(l).

It is ORDERED that the plaintiff shall serve a copy of every further document filed in this cause on the attorney for the defendant or on the defendant if it has no attorney. The plaintiff shall make a certificate of service on every document filed. The plaintiff shall familiarize herself with the Federal Rules of Civil Procedure and the local rules of this Court.

The plaintiff shall promptly notify the Clerk of any change of address or whereabouts. Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

The plaintiff is advised that the time limit set forth in Fed. R. Civ. P. 4(m) shall commence running on the date of entry of this order.

IT IS SO ORDERED this 5th day of December, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff also must comply with Rule 4(c)(2), which requires, in part: "Service may be effected by any person who is not a party and who is at least 18 years of age."

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 2 in case 2:05-CV-02826 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

David S. Sanford
6835 Gallop Cove
Cordova, TN 38018

Honorable J. Breen
US DISTRICT COURT